Case 3:04-cv-02754-M-BD Document 40 Filed 09/15/06 Page 1 of 1 PageID 1876

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 15 2006
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES MONROE MIMS, et al., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> DALLAS COUNTY, et al., § <br> § <br> Defendants. § <br> § | Civil Action No. 3:04-CV-2754-M |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge dated February 17, 2006, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings and Recommendation of the Court.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of the United States Magistrate Judge are accepted, and Judgment will enter accordingly.

**SO ORDERED** this 15th day of September, 2006.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE